No. 10-3525

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>　　　　Plaintiffs-Appellants,<br><br>　　v.<br><br>CITY OF CHICAGO,<br><br>　　　　Defendant-Appellee. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 10 CV 5135<br><br>The Honorable Virginia M. Kendall, Judge Presiding. |

## MOTION FOR EXTENSION OF TIME FO FILE APPELLEE'S BRIEF

Defendant CITY OF CHICAGO, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, moves this honorable Court to extend the time in which to file its appellee's brief from January 7 to February 7, 2011, and in support thereof submits the attached affidavit.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**MARA S. GEORGES**
　　　　　　　　　　　　　　　　　Corporation Counsel
　　　　　　　　　　　　　　　　　of the City of Chicago

　　　　　　　　　BY:　　　／s／

　　　　　　　　　　　　　　　　　**SUZANNE M. LOOSE**
　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　**MYRIAM ZRECZNY KASPER**
　　　　　　　　　　　　　　　　　Chief Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　30 North LaSalle Street, Suite 800
　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　(312) 744-8519/7764
　　　　　　　　　　　　　　　　　sloose@cityofchicago.org

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

# AFFIDAVIT

I, SUZANNE M. LOOSE, being first duly sworn, depose and state that I am the Assistant Corporation Counsel of the City of Chicago Law Department's Appeals Division assigned to this case, and, as such, have knowledge of the following:

1. The appellants filed their brief in this case on December 8, 2010. An amicus brief was filed on December 15, 2010. The City's brief is due January 7, 2011. This is the City's first request for an extension of time.

2. During the last few weeks, since the appellants' brief was filed, I was occupied with preparing the City appellee's brief in International Brotherhood of Electrical Workers v. Illinois Labor Relations Board, No. 10-1671 (Ill. App. Ct.), due January 11, 2011. This matter is a high priority because, due to the press of oral arguments and briefs in older cases, it was necessary to request two extensions, and because the case involves matters concerning bargaining unit placement of employees who are currently engaged in negotiations with the City.

3. As soon as I completed the draft in the IBEW case, I began working on the brief in this case. We understand that the denial of a preliminary injunction makes this case a priority as well.

4. I was out of the office between December 17 and 27, 2010, taking time off for the holidays, four days of which were mandatory unpaid furlough days required to be taken by most City employees by the end of the year. I am required to take another furlough day tomorrow, and two more in January. City rules preclude us from working on those days off.

5. This case could not be completed more quickly by another attorney in our division. Those attorneys have their own heavy caseloads (and their own mandatory furlough days) and, in addition, I worked on a prior related case and have more background information on the issues.

1

6. More time is needed to complete the draft, and to allow for supervisory review. I respectfully request an extension of time to February 7, 2011 to file the appellee's brief.

_____
SUZANNE M. LOOSE, Attorney

Signed and sworn to before me
this 30th day of December, 2010

_____
NOTARY PUBLIC

Official Seal
David B Franco
Notary Public State of Illinois
My Commission Expires 10/12/2010
12/01/2014

# CERTIFICATE OF SERVICE

I certify that I served the attached Motion for Extension of Time to File Appellee's Brief by placing a copy in envelopes with sufficient postage affixed and directed to the persons named below at the addresses indicated, and depositing those envelopes in a United States mail box before 5:00 P.M. on December 30, 2010. I also certify that I notified counsel of the filing of this motion by email before filing it.

SUZANNE M. LOOSE, Attorney

Persons served:

David G. Sigale
Law Firm of David G. Sigale, P.C.
4300 Commerce Court, Suite 300-3
Lisle, IL 60532

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314