

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

December 22, 2010

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Rhonda Ezell, et al., v. City of Chicago

U.S.D.C. DOCKET NO. : 10 C 5135

U.S.C.A. DOCKET NO. : 10-3525

U.S.C.A. – 7th Circuit
RECEIVED
DEC 22 2010 GW
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):   **1 Volume**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:        **2 Volumes**

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:    "Original Case Transmitted on 11/23/10"

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: _Sheila Moore_
Sheila Moore, Deputy Clerk

I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 11/23/10.

USDC NO. : 10 C 5135

USCA NO. : 10-3525

| DATE | ITEM NO. | DESCRIPTION |
| --- | --- | --- |
| 12/15/10 | 94 | Defendant's motion to supplement |
| 12/15/10 | 95 | Notice of motion |
| 12/22/10 | 99 | Minute Order |
| 12/22/10 | 102 | Plaintiff's Exhibits |
| 12/22/10 | 103 | Defendant's Exhibits |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 22 day of December 2010.

Michael W. Dobbins, Clerk

By: *(signature)*

Sheila Moore, Deputy Clerk

appsupcer.wpt