original + 3CS
U.S.C.A. – 7th Circuit
RECEIVED
FEB 01 2011 SK
GINO J. AGNELLO
CLERK

No. 10-3525

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>Defendant-Appellee. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 10 CV 5135<br><br>The Honorable Virginia M. Kendall, Judge Presiding. |

U.S.C.A. – 7th Circuit
FILED LMB
FEB 01 2011
GINO J. AGNELLO
CLERK

## MOTION FOR EXTENSION OF TIME FO FILE APPELLEE'S BRIEF

Defendant CITY OF CHICAGO, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, moves this honorable Court to extend the time in which to file its appellee's brief from February 7 to February 18, 2011, and in support thereof submits the attached affidavit.

Respectfully submitted,

**MARA S. GEORGES**
Corporation Counsel
of the City of Chicago

BY: *(signature)*

**SUZANNE M. LOOSE**
Assistant Corporation Counsel
**BENNA RUTH SOLOMON**
Deputy Corporation Counsel
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602
(312) 744-8519/7764
sloose@cityofchicago.org

# CERTIFICATE OF SERVICE

I certify that I served the attached Motion for Extension of Time to File Appellee's Brief by placing a copy in envelopes with sufficient postage affixed and directed to the persons named below at the addresses indicated, and depositing those envelopes in a United States mail box before 5:00 P.M. on February 1, 2011. I also certify that I notified counsel of the filing of this motion by telephone before filing it.

BENNA RUTH SOLOMON, Attorney

Persons served:

David G. Sigale
Law Firm of David G. Sigale,P.C.
4300 Commerce Court, Suite 300-3
Lisle, IL 60532

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314

| STATE OF ILLINOIS | ) |
|---|---|
| | ) SS. |
| COUNTY OF COOK | ) |

# AFFIDAVIT

I, BENNA RUTH SOLOMON, being first duly sworn, depose and state that I am the Deputy Corporation Counsel of the City of Chicago Appeals Division, with supervisory responsibilities for all appellate litigation involving the City, and, as such, have knowledge of the following:

1. The appellants filed their brief in this case on December 8, 2010. An amicus brief was filed on December 15, 2010. The City's brief is due February 7, 2011, after one extension of time.

2. A draft of our brief was completed last Thursday, January 27, 2011. I was not able to begin review because I was already engaged in review of our reply brief in Lewis v. City of Chicago, No. 07-2052, which is due in this court on February 1, 2011. I finished a draft of that brief on Friday, January 28, 2011, but over the weekend was required to turn my attention first to review of our appellees' brief in Catom Trucking Inc. v. City of Chicago, No. 10-1146 (Ill. App. Ct.), in which a draft has also been completed, because it is due before the brief in this case and is on a final extension. I completed that project on Saturday, January 29, and I began review of the draft in this case.

3. In addition to my responsibilities for other cases besides this one, I have spent upwards of 60 hours since January 13, 2011, when a member of my family became extremely ill. My care for this person entailed two lengthy stints in the emergency room, an overnight in the hospital, and approximately 15 hours of telephone calls and e-mails to obtain proper medical care and follow-up. As a result of this crisis, I have asked our outside counsel on this case, James A. Feldman, to present the oral argument when it is scheduled, and he has agreed. Because he had previously been involved to only a limited extent in preparation of the draft brief, he asked for the opportunity to review the entire brief after I have completed my review and before it is filed. The 11-day extension of time I am requesting will accommodate that request.

4. Alan Gura, one of the counsel for appellants, has graciously allowed me to state that he has no objection to this request. It will, however, cause the time for preparation of his reply brief to conflict with other prior commitments he has, and for that reason he has asked me to seek an extension of the date for his reply brief from March 4 to March 11, 2011. The City, of course, has no objection to that request.

1

5. For this reasons, we respectfully ask the court to extend the appellee's brief until February 18, 2011, and the reply brief until March 11, 2011.

                                                                                 BENNA RUTH SOLOMON, Attorney

Signed and sworn to before me
this 1st day of February, 2011

_____
NOTARY PUBLIC

Official Seal
Sarah Manrriquez
Notary Public State of Illinois
Commission Expires 11/21/2013