
City of Chicago
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Appeals
Suite 800
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-7764
(312) 744-3588 (FAX)
(312) 744-7157 (TTY)

http://www.ci.chi.il.us

February 16, 2011

U.S.C.A. – 7th Circuit
RECEIVED
FEB 16 2011 RMS
GINO J. AGNELLO
CLERK

Gino J. Agnello
Clerk of the Court
United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604

RE: <u>Ezell v. City of Chicago</u>, No. 10-3525

Dear Mr. Agnello:

I am the supervisor for the City of Chicago's Appeals Division. The appellee's brief for the City of Chicago in the above-listed case will be filed on Friday, February 18, 2011. When oral argument is held in this case, James A. Feldman, an attorney in Washington, D.C., will present argument on behalf of the City of Chicago. I write to ask that argument not be scheduled on certain days in April 2011. Mr. Feldman is not available on April 7, 8, 14, and 15 because he teaches a class at Georgetown Law Center in Washington, D.C., on Thursday afternoons, and that class will interfere with appearing in Chicago on either Thursday or Friday. Mr. Feldman is also not available for argument on April 12 and 26 because of personal commitments in Washington, D.C., the evening before.

Thank you very much for your courtesy in this regard.

Sincerely,

Benna Solomon

Benna Ruth Solomon
Deputy Corporation Counsel

cc: Alan Gura
    David G. Sigale


