

**GURA & POSSESSKY, P.L.L.C.**
101 N. COLUMBUS STREET, SUITE 405
ALEXANDRIA, VIRGINIA 22314
TEL. 703.835.9085/FAX 703.997.7665

February 17, 2011

The Hon. Gino Agnello
Clerk, United States Court of Appeals
  for the Seventh Circuit
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

      Re:   *Ezell* v. *City of Chicago*
            U.S. Court of Appeals for the Seventh Circuit No. 10-3525

Dear Mr. Agnello:

    I respectfully request that the Court avoid setting the above-matter for oral argument on March 30 and 31, or on April 5-14. On March 30, my co-counsel, David G. Sigale and I have a brief due in this Court in the matter of *McDonald* v. *City of Chicago*, No. 11-1016. The following day, I have an amicus brief due in the Ninth Circuit case of *Peruta* v. *County of San Diego*, No. 10-56971. On April 6 and 7, I have commitments to speak and debate at Western New England School of Law and Boston University, respectively. And on April 8 through 14, Mr. Sigale is engaged in a jury trial in *Maides-Keane* v. *Embi*, 10 SR 180 (DuPage County).

    Thank you for your consideration.

                                                    Sincerely,

                                                    Alan Gura
                                                    Counsel for Appellants

      cc:     Benna Solomon