

**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Appeals
Suite 800
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-7764
(312) 744-3588 (FAX)
(312) 744-7157 (TTY)

http://www.ci.chi.il.us

February 18, 2011

U.S.C.A. 7th Circuit
RECEIVED SDP
FEB 18 2011
GINO J. AGNELLO
CLERK

Gino J. Agnello
Clerk of the Court
United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604

     RE:   <u>Ezell v. City of Chicago</u>, No. 10-3525

Dear Mr. Agnello:

     I am the supervisor for the City of Chicago's Appeals Division. In that capacity, I bear ultimate responsibility for the City's appellate litigation, including the position advanced in the City's brief in this case. Our appellee's brief for the City in the above-listed case is being filed today. I write to ask that oral argument not be scheduled for April 11-12 or May 12-13, 2011, because I will be out of town on those days. While I will not be presenting oral argument for the City, my role in this litigation and the importance of the case warrant my presence at oral argument.

     Thank you very much for your courtesy in this regard.

                          Sincerely,

                          Benna Ruth Solomon
                        Deputy Corporation Counsel

cc:   Alan Gura
      David G. Sigale


