Ofc. serv
Ofilc amicus brief
tendered
U.S.C.A. - 7th Circuit
RECEIVED
FEB 28 2011 RJT
GINO J. AGNELLO
CLERK

U.S.C.A. - 7th Circuit
FILED
FEB 28 2011 SMP
GINO J. AGNELLO
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RHONDA EZELL et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant-Appellee. | No. 10-3525 <br><br> UNOPPOSED MOTION OF HISTORIANS AND LEGAL SCHOLARS PAUL FINKELMAN, STANLEY N. KATZ, DAVID THOMAS KONIG, PATRICK J. CHARLES, AND ROBERT J. SPITZER AS *AMICI CURIAE* IN SUPPORT OF APPELLEE TO FILE *AMICUS* BRIEF |

## UNOPPOSED MOTION OF HISTORIANS AND LEGAL SCHOLARS PAUL FINKELMAN, STANLEY N. KATZ, DAVID THOMAS KONIG, PATRICK J. CHARLES, AND ROBERT J. SPITZER AS *AMICI CURIAE* IN SUPPORT OF APPELLEE TO FILE *AMICUS* BRIEF

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 27, *amici* submit this motion for leave to file their *amicus* brief. In an attachment to their brief, timely filed on Friday, February 25, 2011 in this Court, *amici* (five historians and legal scholars) included a short appendix containing biographical information describing their employment and publications. The sole purpose of the appendix is to provide the Court with identifying information about the *amici* themselves, and the sole content of the appendix is the identifying information; it contains no argument or other discussion of the case. Counsel's experience in filing similar appendices in other *amicus* briefs in this and other federal courts of appeals is that

such purely biographical appendices are not counted against the type-volume limitation. *See, e.g.,* Brief of Historians and Legal Scholars Saul Cornell, Jonathan Lurie, William Merkel, William Nelson, and George Thomas as *Amici Curiae* in Support of Affirmance at 1a, *McDonald v. City of Chicago*, Nos. 08-4241, 08-4243, 08-4244 (filed 7th Cir. Apr. 27, 2009). For these reasons, *amici* believed that the appendix would not count against the type-volume limitation set forth in Fed. R. App. P. 29(d). Nevertheless, *amici* have been informed by a clerk of the Court that they need to seek leave to file their *amicus* brief in this case. Accordingly – in the event that the Court would deem the appendix to count against the type-volume limitation – *amici* respectfully submit this motion requesting leave to file an overlength *amicus* brief or, in the alternative, requesting that the Court simply disregard (or strike) the appendix, or give leave to *amici* to file a version of the brief without the appendix (which has been filed herewith). The parties have consented to this motion.

## CONCLUSION

For the foregoing reasons, defendants' motion for leave to file an *amicus* brief should be granted.

Dated: February 28, 2011       Respectfully submitted,

*/s/ Clifford M. Sloan/kfk*

CHARLES F. SMITH                CLIFFORD M. SLOAN
155 N. Wacker Drive             GEOFFREY M. WYATT

2

Chicago, IL 60606  
(312) 407-0700

1440 New York Avenue, N.W.  
Washington, DC 20005  
(202) 371-7000  
cliff.sloan@probonolaw.org  
*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, a copy of the Unopposed Motion Of Historians And Legal Scholars Paul Finkelman, Stanley N. Katz, David Thomas Konig, Patrick J. Charles, And Robert J. Spitzer As *Amici Curiae* In Support Of Appellee To File *Amicus* Brief were served by FedEx to the following:

Mara S. Georges
Corporation Counsel, City of Chicago
30 N. LaSalle St., Ste. 800
Chicago, IL 60602
(312) 744-0220

David G. Sigale
739 Roosevelt Road, Ste. 304
Glen Ellyn, IL 60137
(630) 452-4547


/s/ Geoffrey M. Wyatt JR
Geoffrey M. Wyatt