# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## INSTANTER ORDER

March 2, 2011

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No.: 10-3525 | RHONDA EZELL, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:10-cv-05135<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Upon consideration of the **UNOPPOSED MOTION OF HISTORIANS AND LEGAL SCHOLARS PAUL FINKELMAN, STANLEY N. KATZ, DAVID THOMAS KONIG, PATRICK J. CHARLES, AND ROBERT J. SPITZER AS AMICI CURIAE IN SUPPORT OF APPELLEE TO FILE AMICUS BRIEF**, filed on February 28, 2011, by counsel for the amici curiae,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the amicus brief received on February 25, 2011.

form name: **c7_InstanterOrderFiled**(form ID: **123**)