No. 10-3525

# In The United States Court of Appeals For the Seventh Circuit

RHONDA EZELL, WILLIAM HESPEN, JOSEPH I. BROWN,
ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., AND
ILLINOIS STATE RIFLE ASSOCIATION,

                                    Plaintiffs-Appellants,

v.

CITY OF CHICAGO,

                                    Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Illinois
The Hon. Virginia M. Kendall, District Judge
(No. 10-C-5135)

**BILL OF COSTS**

David G. Sigale*                    Alan Gura
Law Firm of David G. Sigale, P.C.     Gura & Possessky, PLLC
4300 Commerce Court, Suite 300-3     101 N. Columbus St., Ste. 405
Lisle, IL 60532                     Alexandria, VA 22314
630.452.4547/630.596.4445         703.835.9085/703.997.7665

*Counsel of Record

1

# BILL OF COSTS

Plaintiffs-Appellants ("Plaintiffs"), pursuant to F.R.App.P. 39 and Circuit Rule 39, submit the following Bill of Costs in this matter, which Plaintiffs respectfully request be assessed in their favor and against the Defendant-Appellee in the amount of **$1241.43**:

1. $455.00 for Notice of Appeal on October 28, 2010;

2. $333.90 for the printing and copying of the Appendix to Plaintiffs' Appellate brief (2780 copies x .10; 20 x $2.00; $15.90 tax). Attached is counsel's receipts dated December 6 and 7, 2010 for $743.38.

3. $321.30 for the printing and copying of Plaintiffs' Appellate brief (2660 copies x .10; 20 x $2.00; $15.30 tax). Attached is counsel's receipts dated December 6 and 7, 2010 for $743.38.

4. $131.03 for the printing and copying of Plaintiffs' Reply brief (882 copies x .09; 19 x $2.00; $13.65 tax). Attached is counsel's receipt dated March 11, 2011 for $186.61.

5. Plaintiffs' total costs on appeal are **$1241.43**.

6. The undersigned verifies and certifies that he is one of the

attorneys for the Plaintiffs in Appeal No. 10-3525, that he prepared this Bill of Costs, that Plaintiffs incurred the above-listed costs, and that the rates of costs for binding and copying are the Clerk of this Court's standard rates.

WHEREFORE, Plaintiffs respectfully request this honorable Court allow their costs in the amount of **$1241.43.**

Respectfully submitted,

/s/ David G. Sigale
David G. Sigale

The undersigned verifies the above-listed cost items are true and correct under penalty of perjury pursuant to F.R.Civ.P. 11 this 19th day of July, 2011.

/s/ David G. Sigale
David G. Sigale

David G. Sigale*
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/630.596.4445

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Ste. 405
Alexandria, VA 22314
703.835.9085/703.997.7665

*Counsel of Record

CERTIFICATE OF SERVICE

On this, the 19th day of July, 2011, I caused Plaintiffs' Bill of Costs to be filed with the Court and served upon the parties of record listed below *via* the Court's CM/ECF filing system.

Suzanne M. Loose, Esq.
City of Chicago Department of Law
Appeals Division
30 North LaSalle Street, Suite 800
Chicago, IL 60602

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of July, 2011.

/s/ David G. Sigale
David G. Sigale