Transaction Type: 2
Post Date: 03/11/2011
Reference Number: WH5MVQP8
Person: ALAN GURA
Merchant Category: Services - QUICK-COPY / REPRODUCTION SERVICES
Charged To: Standard Purch

*Ezell Reply*
*On Printing*

---

**FedExOffice.**

December 06, 2010 23:26     Page: 1
Receipt #: 540115
VISA #: XXXXXXXXXXXX1542
2010/12/06 22:38

| Qty | Description | Amount |
|---|---|---|
| 6 | PC Basic Station Time/Minute | 1.50 |
| 1242 | ES B&W S/S White 8.5 x11 | 124.20 |
| | SubTotal | 125.70 |
| | Taxes | 6.29 |
| | Total | 131.99 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

Please Recycle This Receipt

---

**FedExOffice.**

December 07, 2010 16:37     Page: 1
Receipt #: 540163
VISA #: XXXXXXXXXXXX1542
2010/12/07 11:42

| Qty | Description | Amount |
|---|---|---|
| 103 | ES B&W S/S White 8.5 x11 | 10.30 |
| 3 | ES B&W S/S White 8.5 x11 | 0.30 |
| 331 | ES B&W S/S White 8.5 x11 | 33.10 |
| | SubTotal | 43.70 |
| | Taxes | 2.19 |
| | Total | 45.89 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

Please Recycle This Receipt

E3M

# FedExOffice

FedEx Office is your destination
for printing and shipping.

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783

12/7/2010                4:43:43 PM EST
Team Member: Darwin S.

                SALE

Bind Coil Mixed Std    20 @    5.4900 T
  0887 Regular Price   5.49

  Regular Total        109.80
  Discounts            0.00

  Total                109.80


Sub-Total              109.80
Tax                    5.49
Deposit                0.00

Total                  115.29

MasterCard (S)         115.29
  Account: 5196
  Auth: 57621P (A)

  Total Tender         115.29
  Change Due           0.00

---

E-Bill

# FedExOffice

December 07, 2010 16:37                Page: 1
Receipt #: 540148
VISA #: XXXXXXXXXXXX1542
2010/12/07 10:39

Qty  Description                         Amount

7    PC Basic Station Time/Minute         1.75
87   Computer B&W Prints Letter/Legal    42.63
3    Computer B&W Prints Letter/Legal     1.47
1446 ES B&W S/S White 8.5 x11           144.60

            SubTotal                     190.45
            Taxes                          9.52
            Total                       199.97

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

        Please Recycle This Receipt

---

E3M

# FedExOffice

December 06, 2010 23:18              Page: 1
Receipt #: 540113
VISA #: XXXXXXXXXXXX0045
2010/12/06 22:23

Qty  Description                         Amount

17   ES B&W S/S White 8.5 x11              1.70
138  ES B&W S/S White 8.5 x11             13.80
289  ES B&W S/S White 8.5 x11             28.90

            SubTotal                      44.40
            Taxes                          2.22
            Total                         46.62

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

        Please Recycle This Receipt

_Ezell_

# FedExOffice.

| | | |
|---|---|---|
| December 06, 2010 23:26 | | Page: 1 |
| Receipt #: 540110 | | |
| VISA #: XXXXXXXXXXXX1542 | | |
| 2010/12/06 21:49 | | |

| Qty | Description | Amount |
|---|---|---|
| 11 | PC Basic Station Time/Minute | 2.75 |
| 46 | Computer B&W Prints Letter/Legal | 22.54 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 968 | ES B&W S/S White 8.5 x11 | 96.80 |
| 1 | PC Basic Station Time/Minute | 0.25 |
| 139 | Computer B&W Prints Letter/Legal | 68.11 |

| | |
|---|---|
| SubTotal | 191.92 |
| Taxes | 9.60 |
| Total | 201.52 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

Please Recycle This Receipt

---

# FedExOffice.

| | | |
|---|---|---|
| December 07, 2010 16:37 | | Page: 1 |
| Receipt #: 540158 | | |
| VISA #: XXXXXXXXXXXX0045 | | |
| 2010/12/07 11:27 | | |

| Qty | Description | Amount |
|---|---|---|
| 20 | ES B&W S/S White 8.5 x11 | 2.00 |

| | |
|---|---|
| SubTotal | 2.00 |
| Taxes | 0.10 |
| Total | 2.10 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

Please Recycle This Receipt