

FedEx Office is your destination
for printing and shipping.

249 S CALIFORNIA AVE
Palo Alto, CA 94306
Tel: (650) 328-3381

3/11/2011          3:01:32 PM PST
Team Member: Rickson C.
Customer: Allen Gura

SALE

| bw | Qty 18 | 79.38 |
|---|---|---|
| FS BW SS Standard | 882 @ | 0.0900 T |
| 0001 Regular Price | 0.11 | |
| Price per piece | 4.41 | |
| Regular Total | 97.02 | |
| Discounts | 17.64 | |

| Comb bind | Qty 19 | 68.21 |
|---|---|---|
| Aux Insert per Piece | 19 @ | 0.1000 T |
| 0387 Regular Price | 0.10 | |
| BindComb CardStk Std | 19 @ | 3.4900 T |
| 0458 Regular Price | 3.49 | |
| Price per piece | 3.59 | |
| Regular Total | 68.21 | |
| Discounts | 0.00 | |

| replacement prints a | Qty 18 | 23.22 |
|---|---|---|
| FS BW SS Standard | 162 @ | 0.1100 T |
| 0001 Regular Price | 0.11 | |
| Aux Insert per Piece | 54 @ | 0.1000 T |
| 0387 Regular Price | 0.10 | |
| Custom Product Other | 54 @ | 0.0000 T |
| 2516 Regular Price | 0.00 | |
| Price per piece | 1.29 | |
| Regular Total | 23.22 | |
| Discounts | 0.00 | |

| Sub-Total | 170.81 |
|---|---|
| Tax | 15.80 |
| Deposit | 0.00 |
| **Total** | **186.61** |
| MasterCard (S) | 186.61 |