# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

July 28, 2011

Taxed in Favor of: **Appellant Action Target, Incorporated ; Appellant Joseph I. Brown ; Appellant Rhonda Ezell ; Appellant William Hespen ; Appellant Second Amendment Foundation, Incorporated**

| No.: 10-3525 | RHONDA EZELL, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-05135<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

The mandate or agency closing letter issued in this cause on July 28, 2011.

BILL OF COSTS issued in the amount of: $1087.90.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding:<br>_____ | _____ | _____ |

2. For reproduction of any record or paper,
   per page: _____     _____   _____

3. For reproduction of briefs:
   _____     $ 1087.90    _____

4. _____
   _____     _____   _____

5. _____
   _____     _____   _____

                                                TOTAL:       $ 1087.90

form name: **c7_BillOfCosts**(form ID: **140**)