# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

July 28, 2011

Taxed in Favor of: **Appellant Action Target, Incorporated ; Appellant Joseph I. Brown ; Appellant Rhonda Ezell ; Appellant William Hespen ; Appellant Second Amendment Foundation, Incorporated**

| | |
|---|---|
| No.: 10-3525 | RHONDA EZELL, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-05135 <br> Northern District of Illinois, Eastern Division <br> District Judge Virginia M. Kendall | |

The mandate or agency closing letter issued in this cause on July 28, 2011.

BILL OF COSTS issued in the amount of: $1087.90.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |

2. For reproduction of any record or paper, per page: _____ _____ _____

3. For reproduction of briefs: _____ $ 1087.90 _____

4. _____ _____ _____ _____

5. _____ _____ _____ _____

TOTAL: $ 1087.90

form name: **c7_BillOfCosts**(form ID: **140**)