# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 6, 2011

Before:  MICHAEL S. KANNE, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge
DIANE S. SYKES, Circuit Judge

| No.: 10-3525 | RHONDA EZELL, et al., Plaintiffs - Appellants  v.  CITY OF CHICAGO, Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:10-cv-05135
Northern District of Illinois, Eastern Division
District Judge Virginia M. Kendall

The district court's order denying the plaintiffs' motion for a preliminary injunction is **REVERSED**, with costs, and the case is **REMANDED** with instructions to enter a preliminary injunction consistent with this opinion. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)